Submitted June 6, reversed and remanded July 16, 2008

## STATE OF OREGON,
### *Plaintiff-Respondent,*

*v.*

## TONIA MELISSA CHAVEZ,
### *Defendant-Appellant.*

Umatilla County Circuit Court
CF060119; A134311

190 P3d 387

Peter Gartlan, Chief Defender, and Ryan T. O'Connor, Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals a judgment of conviction for possession of a controlled substance. *Former* ORS 475.992(4)(b) (2003), *renumbered as* ORS 475.840(3)(b) (2005). She assigns error to the admission of a laboratory report in violation of her right to confront witnesses under Article I, section 11, of the Oregon Constitution. The state concedes the error and agrees that the case should be reversed and remanded. We agree that the trial court erred and that the error requires reversal and remand. *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007).

Reversed and remanded.